District Judge Robert S. Lasnik
Magistrate Judge James P. Donohue

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

QUOC **NGUYEN**,
(Agency #A 21-502-528),

    Petitioner,

  v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; A. NEIL CLARK, Seattle Field Office Director for Detention and Removal Operations, U. S. Immigration and Customs Enforcement; and WARDEN of Immigration Detention Facility,

    Respondents.

No. C05-1306-RSL-JPD

ORDER ON STIPULATION FOR DISMISSAL

The parties having stipulated and agreed that the Petitioner has been released from DHS/ICE detention under an Order of Supervision and that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 22nd day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL - 1
C05-1306-RSL-JPD

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Recommended for Entry

2  this 10th day of August, 2005.

3

4  /s/  JAMES P. DONOHUE
   United States Magistrate Judge

5

6

7  Presented by:

8

9  Robert P. Brouillard
   ROBERT P. BROUILLARD
10 WSBA # 28189
   Assistant United States Attorney
11 United States Attorney's Office
   700 Stewart Street, Suite 5220
12 Seattle, Washington  98101-1271
   Telephone: (206) 553-7970
13 Fax: (206) 553-4073
   E-mail: robert.brouillard@usdoj.gov
14 Attorney for Respondents

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION FOR DISMISSAL  -  2
C05-1306-RSL-JPD

UNITED  STATES  ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970